NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1114
(Serial No. 77/006,212)

IN RE JAMES T. KIRBY

Appeal from the United States Patent and Trademark Office,
Trademark Trial and Appeal Board.

ON MOTION

O R D E R

James T. Kirby moves for a 60-day extension of time, until April 15, 2009, to file his brief. Kirby states that the United States Patent and Trademark Office consents.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. No further extensions should be anticipated.

FOR THE COURT

FEB 1 8 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 1 8 2009

JAN HORBALY
CLERK

cc:    James Scott Gerien, Esq
       Raymond T. Chen, Esq.

s17